UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LINDSAY OLSON, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 25-CV-3840 (BAH) |
| | : | |
| LAW OFFICE OF KIRA A. WEST, et. al, | : | |
| | : | |
| Defendants. | : | |

### DEFENDANTS' UNOPPOSED MOTION FOR EXENSION OF TIME TO FILE REPLY BRIEF

Defendants, Law Office of Kira Anne West and Kira Anne West, through undersigned counsel, respectfully move the Court to grant this unopposed motion for an extension of time to file a reply to the plaintiff's opposition to defendants' motion to dismiss.

1. On January 27, 2026, plaintiff submitted an opposition brief to defendants motion to dismiss (ECF Dkt. 11). Under the Local Rules, defendants would have seven days to file their reply brief. Local Civ. R. 7(d).

2. Undersigned counsel has several deadlines for written submissions in the next week, including a brief due to Judge Mehta on Monday and pretrial motions in a criminal case in federal court in Wilmington, Delaware due February 5, 2026. Counsel accordingly requests four extra days, until February 9. 2026, to submit the defendants' reply.

3. Plaintiff's counsel James Bartolomei does not oppose this extension.

|  | Respectfully submitted, |
|---|---|
| By: | /s/ Jonathan S. Jeffress <br> _____ <br> Jonathan S. Jeffress <br> DC Bar # 479074 <br> 1099 14th Street, NW <br> Washington, DC  20007 <br> Ofc. (202) 640-4430 <br> E-mail:jjeffress@kaiserlaw.com |

2

**CERTIFICATE OF SERVICE**

On this Friday, January 30, 2026, a copy of the foregoing was served on counsel of record for the plaintiff via ECF.

/s/ Jonathan Jeffress