**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LINDSAY OLSON, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 25-CV-3840 (BAH) |
| | : | |
| LAW OFFICE OF KIRA A. WEST, et. al, | : | |
| | : | |
| **Defendants.** | : | |

**<u>DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE</u>**

Defendants the Law Office of Kira A. West and Kira West (together, "Defendants"), through undersigned counsel, submit the following response to the Court's March 12, 2026, Minute Order to show cause why this action should not be consolidated with *Olson v. Brand Woodward Law*, No. 25-cv-3875, and *Olson v. Law Off. Of Paul Garrity*, No. 25-cv-4231. Defendants respond that they have no objection to the consolidation of these matters, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and Local Rule 40.5(a)(3).

Dated: March 23, 2026

Respectfully submitted,

*/s/ Zachary N. Adorno*
Zachary N. Adorno (D.D.C. Bar No. 229988)
Jonathan Jeffress (D.D.C. Bar No. 479074)
1099 14th St. NW, 8th Floor West
Washington, D.C. 20005
Phone: (202) 640-2850
Fax: (202) 280-1034
jjeffress@kaiserlaw.com
zadorno@kaiserlaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

On this Monday, March 23, 2026, a copy of the foregoing was served on counsel of record for the plaintiff via ECF.

/s/ *Zachary N. Adorno*
Zachary N. Adorno
*Counsel for Defendants*