**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LINDSAY OLSON,

     *Plaintiff*,

vs.

LAW OFFICES OF
KIRA ANNE WEST, et. al.,

     *Defendants*.

Civil Action No. 25-3840 (BAH)

NOTICE OF SUPPLEMENTAL
AUTHORITY

Plaintiff Lindsay Olson respectfully files a notice of supplemental persuasive authority from a ruling in *Olson v. Law Offices of Aubrey Webb, P.A.*, *et al.*, Case No. 25-24904-Civ-Altonaga/Reid (SDFL) (the "Webb Action") on February 25, 2026.

In the Webb Action, Olson filed suit seeking damages from the Webb Defendants' copyright infringement of Olson's April 2022 Report. The Webb Defendants filed a motion to dismiss based on substantially similar arguments raised in *Olson v. Brand Woodward Law, L.P., et. al.,* No. 25-cv-3875 (the "Woodward Action"); *Olson v. Law Offices of Kira Anne West*, *et. al.,* No. 25-cv-3840 (the "West Action"); and *Olson v. Law Offices of Paul Garrity*, *et. al.,* No. 25-cv-4231 (the "Garrity Action").

The Court order denying Webb's motion to dismiss is attached as Exhibit "A" (ECF 37) and the transcript is attached as Exhibit "B" (ECF 41-1) which provides the Court's reasoning.

Dated: March 23, 2026

Respectfully submitted,

**JAMES H. BARTOLOMEI, III P.A.**

By: */s/ James H. Bartolomei*

1

James Bartolomei Esq.
Of Counsel at Duncan Firm, P.A.
809 W. 3rd Street
Little Rock, Arkansas 72201
501-228-7600 phone
james@duncanfirm.com

*Attorneys for Plaintiff Lindsay Olson*