**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-24904-CIV-ALTONAGA/Reid**

**LINDSAY OLSON**,

      Plaintiff,

vs.

**LAW OFFICES OF AUBREY**
**WEBB, P.A.**, *et al.*,

      Defendants.

_____/

## <u>ORDER</u>

**THIS CAUSE** came before the Court at a February 25, 2026 Hearing [ECF No. 36] on

Defendants, Law Offices of Aubrey Webb, P.A. and Aubrey Webb's Motion to Dismiss Complaint

[ECF No. 22].

For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 22]** is **DENIED**. Defendants

shall file an answer to the Complaint **[ECF No. 1]** by **March 9, 2026**.

**DONE AND ORDERED** in Miami, Florida, this 25th day of February, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record