**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LINDSAY OLSON,

                Plaintiff,

                v.

LAW OFFICES OF KIRA ANNE WEST, and
KIRA ANNE WEST,

                Defendants.

Civil Action No. 25-3840 (BAH)

Judge Beryl A. Howell

LINDSAY OLSON,

                Plaintiff,

                v.

BRAND WOODWARD LAW, L.P., and
STANLEY E. WOODWARD, JR.,

                Defendants.

Civil Action No. 25-3875 (BAH)

Judge Beryl A. Howell

LINDSAY OLSON,

                Plaintiff,

                v.

LAW OFFICES OF PAUL GARRITY, and
PAUL J. GARRITY,

                Defendants.

Civil Action No. 25-4231 (BAH)

Judge Beryl A. Howell

**<u>ORDER</u>**

Upon consideration of defendants Law Offices of Kira Anne West and Kira Anne West's

Motion to Dismiss Complaint, No. 25-cv-3840, ECF No. 10; defendants Brand Woodward Law,

L.P., and Stanley E. Woodward, Jr.'s Motion to Dismiss Complaint, No. 25-cv-3875, ECF No. 13;

and defendants Law Offices of Paul Garrity and Paul J. Garrity's Motion to Dismiss, No. 25-cv-

1

4231, ECF No. 10, the related memoranda in support and in opposition, and the exhibits therein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that defendants' Motions to Dismiss are **DENIED**; it is further

**ORDERED** that, within fourteen days of this order, by June 8, 2026, the parties submit the Joint Meet and Confer Report required by D.D.C. LOCAL CIVIL RULE 16.3(d), *see* Standing Order ¶ 4, *Olson v. Law Offices of Kira Anne West*, No. 25-cv-3840 (D.D.C.), ECF No. 5.

**SO ORDERED.**

Date:   May 25, 2026

_____
**BERYL A. HOWELL**
United States District Judge

2