## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDSAY OLSON,<br><br>*Plaintiff,*<br><br>v.<br><br>LAW OFFICES OF KIRA ANNE WEST and KIRA ANNE WEST,<br><br>*Defendants.* | Case No. 1:25-cv-03840 (BAH) (lead case) |
| LINDSAY OLSON,<br><br>*Plaintiff,*<br><br>v.<br><br>BRAND WOODWARD LAW, L.P., and STANLEY E. WOODWARD, JR.,<br><br>*Defendants.* | Case No. 1:25-cv-03875 (BAH) |
| LINDSAY OLSON,<br><br>*Plaintiff,*<br><br>v.<br><br>LAW OFFICES OF PAUL GARRITY and PAUL J. GARRITY,<br><br>*Defendants.* | Case No. 1:25-cv-04231 (BAH) |

**DEFENDANTS LAW OFFICES OF KIRA ANNE WEST AND KIRA ANNE WEST'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE THIRD-PARTY COMPLAINT**

Defendants Law Offices of Kira Anne West and Kira Anne West (together, "Defendants"), by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) for a thirty day extension of time, through and

including July 22, 2026, within which to file a Third-Party Complaint against a potential third-party defendant pursuant to Federal Rule of Civil Procedure 14(a)(1). In support thereof, Defendants state as follows:

1. On May 25, 2026, this Court denied the Defendants' Motion to Dismiss.

2. On June 9, 2026, Defendants filed a Motion for Enlargement of Time *Nunc Pro Tunc* to File Answer, and attached Defendants' Answer to the Complaint. *See* ECF No. 24.

3. Pursuant to F.R.C.P. Rule 14(A)(1), Defendants have until June 22, 2026, or 14 days after the Answer was due, to file a Third-Party Complaint.

4. On June 22, 2026, Defendants' counsel contacted Plaintiff's counsel pursuant to Local Rule 7(m) regarding this extension, and Plaintiff's counsel consented to the extension.

5. Good cause exists for this extension as the parties are currently engaged in substantive settlement negotiations that, if successful, would resolve this matter in its entirety and render a Third-Party Complaint unnecessary. Requiring Defendant to divert time and resources to third-party pleading practice in the midst of those negotiations would undermine the settlement process and waste judicial resources.

6. This delay will also not disrupt the Court's schedule or the progress of litigation.

Wherefore, for the reasons set forth and good cause shown, Defendants respectfully request that this Court grant the Motion for Extension of Time until July 22, 2026 for Defendants to file a Third-Party Complaint.

Dated: June 22, 2026                               Respectfully submitted,

                                                    */s/ Jonathan Jeffress*
                                                   Jonathan Jeffress (D.C. Bar No. 479074)
                                                   Zachary N. Adorno (D.C. Bar No. 1048777)
                                                   Kaiser PLLC
                                                   1099 14th St. NW
                                                   8th Floor West
                                                   Washington, D.C. 20005
                                                   Phone: (202) 640-2850
                                                   Fax: (202) 280-1034
                                                   jjeffress@kaiserlaw.com
                                                   zadorno@kaiserlaw.com

                                                   *Counsel for Defendants*

3

**<u>CERTIFICATE OF SERVICE</u>**

On this Monday, June 22, 2026, a copy of the foregoing was served on counsel of record for the plaintiff via ECF.

<u>*/s/ Jonathan Jeffress*</u>
Jonathan Jeffress
*Counsel for Defendants*