**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LINDSAY OLSON, *Plaintiff,* v. LAW OFFICES OF KIRA ANNE WEST and KIRA ANNE WEST, *Defendants.* | Case No. 1:25-cv-03840 (BAH) (lead case) |
| LINDSAY OLSON, *Plaintiff,* v. BRAND WOODWARD LAW, L.P., and STANLEY E. WOODWARD, JR., *Defendants.* | Case No. 1:25-cv-03875 (BAH) |
| LINDSAY OLSON, *Plaintiff,* v. LAW OFFICES OF PAUL GARRITY and PAUL J. GARRITY, *Defendants.* | Case No. 1:25-cv-04231 (BAH) |

**DEFENDANTS LAW OFFICES OF KIRA ANNE WEST AND KIRA ANNE
WEST'S SECOND CONSENT MOTION FOR EXTENSION OF TIME TO FILE
THIRD-PARTY COMPLAINT**

Defendants Law Offices of Kira Anne West and Kira Anne West (together,

"Defendants"), by and through undersigned counsel, respectfully moves this Court pursuant to

Federal Rule of Civil Procedure 6(b)(1)(A) for a seven day extension of time, through and

including July 29, 2026, within which to file a Third-Party Complaint against a potential third-party defendant pursuant to Federal Rule of Civil Procedure 14(a)(1). In support thereof, Defendants state as follows:

1.      On May 25, 2026, this Court denied the Defendants' Motion to Dismiss.

2.      On June 9, 2026, Defendants filed a Motion for Enlargement of Time *Nunc Pro Tunc* to File Answer, and attached Defendants' Answer to the Complaint. *See* ECF No. 24.

3.      Pursuant to F.R.C.P. Rule 14(A)(1), Defendants had until June 22, 2026, or 14 days after the Answer was due, to file a Third-Party Complaint.

4.      On June 22, 2026, Defendants filed a Consent Motion for Extension of Time to File Third-Party Complaint, asking for an additional 30 days.

5.      On June 23, 2026, the Court granted the Motion for Enlargement of Time *Nunc Pro Tunc* to File Answer and the Motion for Extension of Time to File Third-Party Complaint by minute order, ordering Defendants to file any third party complaint by July 22, 2026.

6.      On July 20, 2026, Plaintiff's counsel consented to an additional one-week extension.

7.      Good cause exists for this extension as the parties are currently engaged in substantive settlement negotiations that, if successful, would resolve this matter in its entirety and render a Third-Party Complaint unnecessary. Requiring Defendant to divert time and resources to third-party pleading practice in the midst of those negotiations would undermine the settlement process and waste judicial resources.

8.      This delay will also not disrupt the Court's schedule or the progress of litigation.

2

Wherefore, for the reasons set forth and good cause shown, Defendants respectfully request that this Court grant the Motion for Extension of Time until July 29, 2026, for Defendants to file a Third-Party Complaint.

Dated: July 21, 2026                          Respectfully submitted,

*/s/ Zachary N. Adorno*
Zachary N. Adorno (D.D.C. Bar No. 229988)
Jonathan Jeffress (D.D.C. Bar No. 479074)
Kaiser PLLC
1099 14th St. NW
8th Floor West
Washington, D.C. 20005
Phone: (202) 640-2850
Fax: (202) 280-1034
zadorno@kaiserlaw.com
jjeffress@kaiserlaw.com

*Counsel for Defendants*

3

### CERTIFICATE OF SERVICE

On this Tuesday, July 21, 2026, a copy of the foregoing was served on counsel of record for the plaintiff via ECF.

*/s/ Zachary N. Adorno*
Zachary N. Adorno

*Counsel for Defendants*