## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lindsay Olson,<br>          Plaintiff<br><br>v.<br><br>Law Offices of Kira Anne West, and Kira Anne West<br>          Defendants | Civil Action No.:  1:25-cv-03840-BAH<br>Judge Beryl A. Howell |
| Lindsay Olson,<br>          Plaintiff<br><br>v.<br><br>Brand Woodard Law, L.P., and Stanley E. Woodard, Jr.,<br>          Defendants | Civil Action No.:  1:25-cv-03875-BAH<br>Judge Beryl A. Howell |
| Lindsay Olson,<br>          Plaintiff<br><br>v.<br><br>Law Offices of Paul Garrity, and Paul J. Garrity<br>          Defendants | Civil Action No.:  1:25-cv-04231-BAH<br>Judge Beryl A. Howell |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between Plaintiff Lindsay Olson and Defendants Law Office of Paul Garrity and Paul Garrity, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that in the case number 1:25-cv-04231-BAH, all claims against Law Office of Paul Garrity and Paul Garrity are hereby dismissed with prejudice, each party to bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Laura M.K. Hassler* | */s/ James H. Bartolomei, III* |
| Laura M.K. Hassler (#988969) | James H. Bartolomei, III, P.A. |
| Erin A. Isaac (#1781817) | D.D.C. Bar No. AR0007 |
| Eccleston & Wolf, P.C. | *Of Counsel,* Duncan Firm, P.A. |
| 1629 K Street, N.W., Suite 260 | 809 W. 3rd Street |
| Washington, D.C. 20006 | Little Rock, Arkansas 72201 |
| (202) 857-1696 (Tel) | Tel. 501.228.7600 |

J:\5D428\Plead\Dismissal.docx

2

(202) 857-0762 (Fax)                        Fax: 501.228.0415
hassler@ewdc.com                            james@duncanfirm.com
issac@ewdc.com

                                            *Counsel for Plaintiff*

*Counsel for Defendants Law Office of Paul*
*Garrity and Paul Garrity*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served this 27th day of July,

2026 via electronic filing on counsel of record.

*/s/ James H. Bartolomei, III*

2